**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Chad Idol,<br>  individually and on behalf of a class,   Plaintiff,<br>v.<br>Unifund CCR Partners, Credit Card Receivables Fund, Inc.,<br>and ZB Limited Partnership,             Defendants. | Case Number:<br><br>**FILED: MAY 15, 2008**<br>**08CV2819                AEE**<br>**JUDGE GOTTSCHALL**<br>**MAGISTRATE JUDGE COX** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print)<br> Cathleen M. Combs |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/  Cathleen M. Combs |
| FIRM<br> Edelman, Combs, Latturner & Goodwin, LLC |
| STREET ADDRESS<br> 120 South LaSalle Street, 18th Floor |
| CITY/STATE/ZIP<br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>486240 | TELEPHONE NUMBER<br>312-739-4200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐