**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHAD IDOL, ) | | |
| individually and on behalf of the class ) | | |
| defined herein, ) | 08-cv-2819 | |
| ) | | |
| Plaintiff, ) | Judge Gottschall | |
| ) | Magistrate Judge Cox | |
| vs. ) | | |
| ) | | |
| UNIFUND CCR PARTNERS; ) | | |
| CREDIT CARD RECEIVABLES FUND, INC., ) | | |
| and ZB LIMITED PARTNERSHIP, ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF MOTION

**To:** (See attached service list.)

      **PLEASE TAKE NOTICE** that on Thursday, June 5, 2008 at 9:30a.m., we will appear before Judge Gottschall in Room 2325 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and present: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                                                                                         s/ Daniel A. Edelman
                                                                                          Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

  I, Daniel A. Edelman, hereby certify that on May 21, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via US mail on the following parties:

Unifund CCR Partners
10625 Techwoods Circle
Cincinnati, Ohio 45242

Credit Card Receivables Fund, Inc.
10625 Techwoods Circle
Cincinnati, Ohio 45242

ZB Limited Partnership
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

                s/ Daniel A. Edelman
                Daniel A. Edelman

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on May 21, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via US mail on the following parties:

Unifund CCR Partners
10625 Techwoods Circle
Cincinnati, Ohio 45242

Credit Card Receivables Fund, Inc.
10625 Techwoods Circle
Cincinnati, Ohio 45242

ZB Limited Partnership
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE  19808

s/ Daniel A. Edelman
Daniel A. Edelman