AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Chad Idol,
individually and on behalf of a class, Plaintiff,

CASE NUMBER: 08CV2819

V.

ASSIGNED JUDGE: JUDGE GOTTSCHALL

Unifund CCR Partners,
Credit Card Receivables Fund, Inc.,
and ZB Limited Partnership, Defendants.

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Credit Card Receivables Fund, Inc.
10625 Techwoods Circle
Cincinnati, Ohio 45242

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

May 15, 2008
_____
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE Friday 23 May 2008 |
| NAME OF SERVER (PRINT) GREEN, Michael W | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 10625 Techwoods Circle, Blue Ash, Ohio 45242

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 23 May 2008
    Date                Signature of Server

11177 Reading Rd, Sharonville, OH 45241
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.