AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Chad Idol,
individually and on behalf of a class,  Plaintiff,

CASE NUMBER: 08CV2819

V.

ASSIGNED JUDGE: **JUDGE GOTTSCHALL**

Unifund CCR Partners,
Credit Card Receivables Fund, Inc.,
and ZB Limited Partnership,   Defendants.

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

ZB Limited Partnership
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*(signature)*

(By) DEPUTY CLERK

May 15, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: May 27 2008 |
| NAME OF SERVER (PRINT): Charles Harris | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2711 Centerville Rd Corporation Center

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 27 2008

Signature of Server

Address of Server: P.O. Box 304 Lansdale PA 19446

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

I Charles A Harris III, do swear that I served an original summons, copy of a complaint and Plaintiffs Motion for Class Certification for ZB Limited Partnership, thru the registered agent The Prentice Hall Corporation System Inc.,, 2711 Centerville Rd, Suite 400, Wilmington, De accepted by Mary T Drummond at the listed above on May 27, 2008.

I verify that the statements in this return of service are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa C.S.A 4904 related to unworn falsifications to authorities. The server listed below is over the age of 18 and unrelated to the person or persons involved in this matter.

_____
Signature of Process Server
PO Box 304
Lansdale Pa 19446
215-631-9827

x refused to sign _____ Home number _____
signature of person served

May 27 2008 11:42 a.m./p.m. Work number _____

Sworn to before me

this 27 day of May, 2008

_____
Notary

NOTARIAL SEAL
MICHELE M HARRIS
Notary Public
TOWAMENCIN TWP, MONTGOMERY COUNTY
My Commission Expires Aug 10, 2008

CSC CORPORATION SERVICE COMPANY

Mary T. Drummond

2711 Centerville Road
Suite 400
Wilmington, DE 19808

www.incspot.com