U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 2819

CHAD IDOL v. UNIFUND CCR PARTNERS, CREDIT
CARD RECEIVABLES FUND, INC., AND ZB LIMITED
PARTNERSHIP

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNIFUND CCR PARTNERS, CREDIT CARD RECEIVABLES FUND, INC., AND ZB LIMITED PARTNERSHIP

| NAME (Type or print) |
| --- |
| KATHLEEN A. KELLEY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kathleen A. Kelley |
| FIRM |
| SWANSON, MARTIN & BELL, LLP |
| STREET ADDRESS |
| 330 N. WABASH, SUITE 3300 |
| CITY/STATE/ZIP |
| Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6288296 | 312-222-8524 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐