IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHAD IDOL, individually and on behalf of the classes defined herein, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 2819 |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) ) | Judge Gottschall<br><br>Magistrate Judge Cox |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, Unifund CCR Partners (hereinafter referred to as "Unifund"), Credit Card Receivables Fund, Inc. ("CCRF"), and ZB Limited Partnership ("ZBLP"), by and through their counsel, Joseph P. Kincaid and Kathleen A. Kelley, in response to Plaintiff's Complaint, respectfully request that this Honorable Court grant the Defendants additional time – until Wednesday, June 18, 2008 – to answer or otherwise respond to Plaintiff Idol's Class Action Complaint. In support of this Unopposed Motion, Defendants state as follows:

1. On May 15, 2008, Plaintiff Idol filed his Class Action Complaint.

2. According to the online court docket, Defendants Unifund and CCRF were served on May 23, 2008 and their answer is due June 12, 2008.

3. According to the online court docket, Defendant ZBLP was served on May 27, 2008, and its answer is due June 16, 2008.

4. On Monday, June 9, 2008, Defendants retained the aforementioned counsel in this matter. Counsel Joseph P. Kincaid and Kathleen A. Kelley filed Appearances concurrently with

this Motion.

5. On Tuesday, June 10, 2008, counsel from Swanson, Martin & Bell, LLP corresponded with Plaintiff's counsel, in which Plaintiff's counsel stated that she had no objection to this request for an extension of time.

6. In order to have the opportunity to properly defend and/or respond to Plaintiff Idol's Class Action Complaint, Defendants respectfully request additional time – less than one (1) week – to respond to Plaintiff's complaint.

WHEREFORE, Defendants, Unifund CCR Partners, Credit Card Receivables Fund, Inc. and ZB Limited Partnership, respectfully request that this court enter an order granting Defendants an extension of time – until, and including, Wednesday, June 18, 2008 – to respond to Plaintiff Idol's Class Action Complaint.

Respectfully submitted,

SWANSON, MARTIN & BELL LLP

 /s/ _Kathleen A. Kelley_____
One of the Attorneys for Unifund CCR Partners

Joseph P. Kincaid – ARDC 6202639
Kathleen A. Kelley – ARDC 6288296
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois  60611
Telephone – 312/321-9100
Facsimile – 312/321-0990