IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHAD IDOL, individually and on behalf of the classes defined herein, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 2819 |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) ) | Judge Gottschall  Magistrate Judge Cox |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603

    You are hereby notified that on **Thursday, June 26, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable District Judge Gottschall, Presiding in Room 2325, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **Motion to Strike Allegations 1-7 of the Complaint**, a copy of which is hereby served upon you.

                                                                                                   /s/ Kathleen A. Kelley_____
                                                                                                   One of the Attorneys for Defendants

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:   (312) 321-0990

2

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Motion to Strike Allegations 1-7 of the Complaint** to be sent via e-filing to all attorneys of record (listed above), on June 18, 2008.

                                                                _/s/ Kathleen A. Kelley_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHAD IDOL, individually and on behalf of the classes defined herein, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 2819 |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | Judge Gottschall  Magistrate Judge Cox |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:    Daniel A. Edelman
         Cathleen M. Combs
         James O. Latturner
         Tiffany N. Hardy
         EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC
         120 S. LaSalle Street, 18th Floor
         Chicago, Illinois 60603

       You are hereby notified that on **Thursday, June 26, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable District Judge Gottschall, Presiding in Room 2325, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **Motion to Strike Allegations 1-7 of the Complaint**, a copy of which is hereby served upon you.

                                                                                                                                                                            /s/ Kathleen A. Kelley
                                                                                                                            One of the Attorneys for Defendants

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990

1

2

## CERTIFICATE OF SERVICE

   I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Motion to Strike Allegations 1-7 of the Complaint** to be sent via e-filing to all attorneys of record (listed above), on June 18, 2008.

                _/s/  Kathleen A. Kelley_____