# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Chad Idol

                Plaintiff,

v.                                                Case No.: 1:08–cv–02819
                                               Honorable Joan B. Gottschall

Unifund CCR Partners, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

    MINUTE entry before the Honorable Joan B. Gottschall: Defendants' unopposed motion for extension of time to respond to Plaintiff's complaint until and including Wednesday, June 18, 2008 [17] is granted. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.