IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHAD IDOL, individually and on behalf of the classes defined herein, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 2819 |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | Judge Gottschall<br><br>Magistrate Judge Cox |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO STRIKE
BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendants, Unifund CCR Partners (hereinafter referred to as "Unifund"), Credit Card Receivables Fund, Inc. and ZB Limited Partnership, by and through their counsel, Joseph P. Kincaid and Kathleen A. Kelley, respectfully move to strike the current briefing schedule on Plaintiff's Motion for Class Certification. In support of this Motion, Defendants state as follows:

1. On May 15, 2008, Plaintiff Idol filed his Class Action Complaint.

2. On May 21, 2008, Plaintiff Idol filed his Motion for Class Certification.

3. According to the online court docket, Defendants Unifund and CCRF were served on May 23, 2008, and Defendant ZBLP was served on May 27, 2008.

4. On June 5, 2008, Plaintiff presented his Motion for Class Certification to the Court. Defendants had not yet appeared in the case and, thus, were not present at this hearing. The Court entered the following briefing schedule on the Motion for Class Certification:

   a. Defendants' response briefs to be filed by June 26, 2008.

   b. Plaintiff's reply briefs to be filed by July 10, 2008.

5.     On Monday, June 9, 2008, Defendants retained the aforementioned counsel in this matter, Joseph P. Kincaid and Kathleen A. Kelley.  Counsel for Defendants appeared in this matter on June 10, 2008.

6.     Last Wednesday, June 18, 2008, Defendants filed their Answer and Affirmative Defenses (as well as a Motion to Strike Paragraphs 1-7 of the Complaint).

7.     As stated above, according to the current briefing schedule on Plaintiff's Motion for Class Certification, the Defendants' response briefs are due this Thursday, June 26, 2008.

8.     Defendants request that the current briefing schedule on Plaintiff's Motion for Class Certification be stricken, for the following reasons: (A) The motion for class certification and briefing schedule is premature; (B) Defendants had just been served with the Complaint immediately before the hearing date to present the motion and, thus, were not present at the hearing; (C) Defendants just filed their Answer and Affirmative Defenses, and intend to file an early Motion for Summary Judgment that will require little, if any, discovery.

WHEREFORE, Defendants respectfully request that the Court strike the briefing schedule on Plaintiff's Motion for Class Certification, which was entered on June 5, 2008 before Defendants appeared in this matter.

Respectfully submitted,

SWANSON, MARTIN & BELL LLP

 /s/  Kathleen A. Kelley_____
One of the Attorneys for Unifund CCR Partners, Credit Card Receivables Fund, Inc. and ZB Limited Partnership

Joseph P. Kincaid – ARDC 6202639
Kathleen A. Kelley – ARDC 6288296
SWANSON, MARTIN & BELL LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois  60611
Telephone – 312/321-9100
Facsimile – 312/321-0990