**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHAD IDOL, ) | | |
| individually and on behalf of the class ) | | |
| defined herein, ) | | 08-cv-2819 |
| ) | | |
| Plaintiff, ) | | Judge Gottschall |
| ) | | Magistrate Judge Cox |
| vs. ) | | |
| ) | | |
| UNIFUND CCR PARTNERS; ) | | |
| CREDIT CARD RECEIVABLES FUND, INC., ) | | |
| and ZB LIMITED PARTNERSHIP, ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff respectfully asks the Court to enter an order withdrawing his motion for class certification.

In support of this motion, plaintiff states as follows:

1. On May 28, 2008 Plaintiff filed a motion for class certification prior to having determined the exact size of the class. Plaintiff filed the motion at this early stage of the litigation to avoid having his claims mooted by an offer of judgment. White v. Humana Health Plan, Inc., 06 C 5546, 2007 U.S.Dist. LEXIS 32263 (N.D.Ill., May 2, 2007).

2. In exchange for withdrawing his class certification motion without prejudice, Defendants have agreed that, prior to the refiling of the motion, they will not make a settlement offer to Plaintiff that will have the effect of mooting his claims.

3. Plaintiff will re-file the motion once he has had the opportunity to take discovery.

WHEREFORE, Plaintiff respectfully asks the Court to enter an order withdrawing

his motion for class certification without prejudice.

                                                   Respectfully submitted,

                                                   s/ Tiffany N. Hardy
                                                 Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Tiffany N. Hardy, hereby certify that on June 25, 2008, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

Joseph P. Kincaid
jkincaid@smbtrials.com

Kathleen A. Kelley
kkelley@smbtrials.com

                                                    s/ Tiffany N. Hardy
                                                    Tiffany N. Hardy