**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHAD IDOL, ) | | |
| individually and on behalf of the class ) | | |
| defined herein, ) | | 08-cv-2819 |
| ) | | |
| Plaintiff, ) | | Judge Gottschall |
| ) | | Magistrate Judge Cox |
| vs. ) | | |
| ) | | |
| UNIFUND CCR PARTNERS; ) | | |
| CREDIT CARD RECEIVABLES FUND, INC., ) | | |
| and ZB LIMITED PARTNERSHIP, ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF MOTION

**To:** (See attached service list.)

      **PLEASE TAKE NOTICE** that on Thursday, June 26, 2008 at 9:30a.m., we will appear before Judge Gottschall in Room 2325 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and present: **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                                                    s/ Tiffany N. Hardy
                                                    Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

  I, Tiffany N. Hardy, hereby certify that on June 25, 2008, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

Joseph P. Kincaid
jkincaid@smbtrials.com

Kathleen A. Kelley
kkelley@smbtrials.com

              s/ Tiffany N. Hardy
              Tiffany N. Hardy