**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHAD IDOL, | ) | |
| individually and on behalf of the class | ) | |
| defined herein, | ) | 08-cv-2819 |
| | ) | |
| Plaintiff, | ) | Judge Gottschall |
| | ) | Magistrate Judge Cox |
| vs. | ) | |
| | ) | |
| UNIFUND CCR PARTNERS; | ) | |
| CREDIT CARD RECEIVABLES FUND, INC., | ) | |
| and ZB LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION**

Defendants Unifund CCR Partners, Credit Card Receivables Fund, Inc., and ZB Limited Partnership stipulate that they will not make any offer or tender with respect to Plaintiff's individual claims pursuant to Rule 68 or otherwise prior to the refiling of Plaintiff's class certification motion. Nothing in this stipulation precludes Defendants from making a Rule 68 offer of judgment on a class basis. In consideration of the foregoing, Plaintiff stipulates to withdraw his pending motion for class certification without prejudice.

Respectfully Submitted,

| | |
|---|---|
| **CHAD IDOL** | **UNIFUND CCR PARTNERS**<br>**CREDIT CARD RECEIVABLES FUND, INC.**<br>**ZB LIMITED PARTNERSHIP** |
| By: s/ Tiffany N. Hardy | By: s/ Kathleen A. Kelley |
| One of Her Attorneys | One of Their Attorneys |

1

| | |
|---|---|
| Daniel A. Edelman | Joseph P. Kincaid |
| Cathleen M. Combs | Kathleen A. Kelley |
| James O. Latturner | SWANSON, MARTIN & BELL, LLP |
| Tiffany N. Hardy | 330 N. Wabash St., Suite 3300 |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | Chicago, IL 60611 |
| 120 S. LaSalle St., 18th Floor | (312) 321-8442 |
| Chicago, IL 60603 | (312) 321-0990 (fax) |
| (312) 739-4200 | |
| (312) 419-0379 (fax) | |

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, hereby certify that on June 25, 2008 the foregoing document was filed electronically. A copy of the foregoing document was served via the Court's ECF system on the following individuals:

Joseph P. Kincaid
jkincaid@smbtrials.com

Kathleen A. Kelley
kkelley@smbtrials.com

s/ Tiffany N. Hardy<br>Tiffany N. Hardy