IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHAD IDOL, ) | | |
| individually and on behalf of the class ) | | |
| defined herein, ) | | |
| ) | | |
| Plaintiff, ) | 08CV2819 | |
| ) | Judge Gottschall | |
| vs. ) | Magistrate Judge Cox | |
| ) | | |
| UNIFUND CCR PARTNERS; ) | | |
| CREDIT CARD RECEIVABLES FUND, INC., ) | | |
| and ZB LIMITED PARTNERSHIP, ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF FILING

**To:**     (**See attached service list.**)

    **PLEASE TAKE NOTICE** that, on June 25 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following document, copies of which are attached and are hereby served upon you: **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PARAGRAPHS 1-7 FROM PLAINTIFF'S COMPLAINT**.

                                                        s/ Tiffany N. Hardy
                                                        Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

        I, Tiffany N. Hardy, hereby certify that on June 25, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via the Court's ECF system on the following individuals:

Joseph P. Kincaid
jkincaid@smbtrials.com

Kathleen A. Kelley
kkelley@smbtrials.com

 

                                                s/ Tiffany N. Hardy
                                                Tiffany N. Hardy