IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHAD IDOL, individually and on behalf of the classes defined herein, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 2819 |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | Judge Gottschall  Magistrate Judge Cox |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Daniel A. Edelman
      Cathleen M. Combs
      James O. Latturner
      Tiffany Hardy
      EDELMAN, COMBS, LATTURNER, & GOODWINS, LLC
      120 S. LaSalle Street, 18th Floor
      Chicago, Illinois  60603

    You are hereby notified that on **June 27, 2008,** I filed the Defendants' Reply Brief in Support of Defendants' Motion to Strike Paragraphs 1-7 From Plaintiff's Complaint through the court's electronic filing system, a copy of which is hereby served upon you.

                                        __/s/ Kathleen A. Kelley_____
                                          One of the Attorneys for Defendants

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Reply Brief in Support of Defendants' Motion to Strike Paragraphs 1-7 From Plaintiff's Complaint** to be sent via e-filing to all attorneys of record (listed above), on June 27, 2008.

                                                                                   _/s/  Kathleen A. Kelley_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHAD IDOL, individually and on behalf of the classes defined herein, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 2819 |
| UNIFUND CCR PARTNERS; CREDIT CARD RECEIVABLES FUND, INC., and ZB LIMITED PARTNERSHIP, | ) ) ) ) ) | Judge Gottschall  Magistrate Judge Cox |
| Defendants. | ) | |

### NOTICE OF FILING

TO:    Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany Hardy
EDELMAN, COMBS, LATTURNER, & GOODWINS, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603

    You are hereby notified that on **June 27, 2008,** I filed the Defendants' Reply Brief in Support of Defendants' Motion to Strike Paragraphs 1-7 From Plaintiff's Complaint through the court's electronic filing system, a copy of which is hereby served upon you.

                                          __/s/ Kathleen A. Kelley_____
                                            One of the Attorneys for Defendants

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990

2

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Reply Brief in Support of Defendants' Motion to Strike Paragraphs 1-7 From Plaintiff's Complaint** to be sent via e-filing to all attorneys of record (listed above), on June 27, 2008.

                                                                               _/s/  Kathleen A. Kelley_____