## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Chad Idol
                                    Plaintiff,

v.                                                          Case No.: 1:08–cv–02819
                                                            Honorable Joan B. Gottschall

Unifund CCR Partners, et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 26, 2008:


    MINUTE entry before the Honorable Joan B. Gottschall: Motion hearing held on 6/26/2008. Defendants' motion to strike briefing schedule on Plaintiff's motion for class certification [25] is granted. Plaintiff's unopposed motion for leave to withdraw Plaintiff's motion for class certification [27] is granted. Reply in support of Defendants' motion to strike paragraphs 1–7 from Plaintiff's complaint is due by 6/27/2008. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.